# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CPA RICHARD SCHEINOFF** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-3103** |
| | : | |
| **ZELNICK, MANN, AND WINIKUR, P.C., ET AL.** | : | |
| | : | |

## ORDER

This 25th day of November, 2020, it is hereby **ORDERED** that Defendants' Partial Motion to Dismiss (EACF 11) is **GRANTED** and Count II of Plaintiff's Amended Complaint for Breach of Fiduciary Duty is dismissed in its entirety, with prejudice. Plaintiff's request for relief in Count I of his Amended Complaint in the form of "an order instructing Defendants to follow the IRS instructions" is also dismissed, with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge